No. 05–7225. SALDANA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7340. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7355. HUNYADY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–7360. MILLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7363. CLARK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7365. RUBIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7366. RIZVI v. JETER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–7367. CAPELLAN-FIGUEREO v. UNITED STATES; VENEGAS-QUEZADA v. UNITED STATES; and VIZCAINO-AMARO, AKA VIZCAINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7371. PALACIOS-PINERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7372. MACIAS-ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7375. WATSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 05–7377. RAMIREZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7378. VMON, AKA SLACK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7380. JORDI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7383. BEASLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.